## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Donald Doc Vaughan, Jr
July 13th, 1990
Doc#368231 SID#2345692
NBCI 14100 McMullen Hwy. SW
Cumberland, MD 21502-5777

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Ontel Product Corp
21 Law Drive
Fairfield, NJ 07004,

The Lakeside Collection
100 Nixon Lane PO Box 7831
Edison, NJ 08818-7831

*(Full name and address of respondent)*
**Defendant(s).**

\*   FILED ___ ENTERED
    LOGGED ___ RECEIVED

JUN 24 2022

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐   NO ☒

   1. If you answered YES:

      a. What was the result? _____

      _____

      b. Did you appeal? _____

      YES ☐   NO ☒

   2. If you answered NO to either of the questions above, explain why: It had nothing to do Regarding the Institution it's a Defalt in the Product

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   I order from a third Party Company Called The Lakeside Collection on 8/3/2021, 9:16:18AM for the Amount of $54.04. When I obtain the ARCTIC AIR @Pure Chill Evaporative Air Cool it didn't work. I followed the Instructions from the Product Guide And Readed the Entire Manual Before using.

I was sold an Defectived or Damaged Product from both party due to ontel Product corp is the Company who Make the product and choose to let The Lakeside Collection to sell there product. There is false information Regarding the Product due to the Defect Several people who has the Product has had the same problems from Power outage, to ~~these said~~ insufficiently Working like it's stated on the Manual and on the Paid Program

IV. Relief
(State briefly what you want the Court to do for you.)

I would like to be Compensated for Emotional Stress, Injunctive Relief of the Damage Product that Both Companies are Selling Defective / Damage Items and like to Paid for lost Damages

SIGNED THIS ____9th____ day of ____June____, 2022.

____Donald Vaughn____
Signature of Plaintiff

____Donald Vaughn____
Printed Name

____14600 McMullen Hwy, S·W____
Address ____Cumberland, MD 21502____

_____
Telephone Number

_____
Email Address